UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND DIVISION

Case No. 7:16-cv-00029

KENNETH BRYSON,

    Plaintiff,

vs.

JOS A. BANKS CLOTHIERS,
a Delaware for Profit Corporation, and
PLAZA OAKS BPRE INVESTORS, LLC,
an Arizona Limited Liability Company,

    Defendants.
_____/

## ORDER APPROVING VOLUNTARY DISMISSAL OF DEFENDANT, JOS A. BANKS CLOTHIERS WITH PREJUDICE

THIS CAUSE having come before the Court on the Plaintiff's Voluntary Dismissal of Defendant, JOS A. BANKS CLOTHIERS, with Prejudice and pursuant to the provisions of Rule 41(a)(1) of the Federal Rules of Civil Procedure, and the Court having reviewed the Voluntary Dismissal of the Defendant, JOS A. BANKS CLOTHIERS with Prejudice, and being otherwise advised in the premises, it is therefore,

ORDERED and ADJUDGED that the Defendant, JOS A. BANKS CLOTHIERS is dismissed with prejudice.

DONE AND ORDERED in Chambers at Midland, Texas this 6th day of September, 2016.

                                                        HON. JUDGE DAVID A. EZRA
                                                        UNITED STATES DISTRICT COURT JUDGE